Laurence L. Angelo, SBN 34528          (SPACE BELOW FOR FILING STAMP ONLY)
**ANGELO, KILDAY & KILDUFF**
Attorneys at Law
601 University Ave, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendant
AMADOR COUNTY

# IN THE UNITED STATES DISTRICT COURT

## THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWARD PETKO, | Case No.: CIV.S-01-2073 MCE GGH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE APPROVAL OF SIGNAGE** |
| AMADOR COUNTY; AMADOR COUNTY COURTHOUSE, | |
| Defendants. | |

## STIPULATION

WHEREAS, the Court herein, speaking through the Honorable Morrison C. England, United States District Judge, issued a "Consent Decree and Order" which as to Defendant Amador County provided in part as follows:

15. Signage: The county shall remove existing signage mounted at the front of the courthouse with the words, "'handicap access' and replace them with informational and directional signage using the word 'disabled' instead of 'handicapped'. The replacement signage, and/or associated posting proximate to the signage, shall inform persons with mobility disabilities that the Amador County Courthouse is inaccessible to those with mobility disabilities, and provide a telephone number for requesting accommodations, and information regarding the availability of use of the Superior Court Annex. In addition, directional signage shall be installed directing disabled persons to the location of the accessible parking space at the rear of the Courthouse the unisex, outdoor toilet facility, and the telephone located in the ally. Such signage shall first be approved by the Magistrate Judge.";

WHEREAS, such "Signage" has been designed and is in place as reflected by those photographs attached hereto and marked Exhibits A-K; and

WHEREAS, the parties hereto now seek, stipulate to, and respectfully request the approval of such signage by the Magistrate Judge pursuant to "Consent Decree and Order";

NOW, THEREFORE, IT IS STIPULATED, by and between the parties hereto, through their respective counsel, that with permission of the Magistrate Judge, the Honorable Gregory G. Hollows, said signage be so approved.

Dated: Nov. 27, 2005     LAW OFFICE OF PAUL L. REIN

By  /s/ *Patricia Barbosa*
Patricia Barbosa, SNB 125865
Attorney For Plaintiff
STEWART PETKO

Dated: Nov. 17, 2005     ANGELO, KILDAY & KILDUFF

By: /s/ *Laurence L. Angelo*
Laurence L. Angelo, Esq.
SBN 34528
Attorneys for Defendants
COUNTY OF AMADOR also sued herein as AMADOR COUNTY COURTHOUSE

Dated: December 6, 2005

BILL LOCKYER
Attorney General of the State of California

ANDREA LYNN HOCH
Acting Senior Assistant Attorney General

LOUIS R. MAURO
Supervising Deputy Attorney General

/s/ Christopher E. Krueger
By: Christopher E. Krueger, Esq.,
SBN 173288
Attorneys for Third Party Defendant,
Superior Court of California, County
of Amador

### ORDER

Pursuant to the above-mentioned stipulation and Article 15 of the above mentioned Consent Decree and Order, it is ordered that the above-mentioned signage as reflected in the above mentioned Exhibits A-K is approved.

Dated: Dec. 21, 2005

GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
MAGISTRATE JUDGE
United States District Judge

-3-
STIPULATION AND ORDER RE APPROVAL OF SIGNAGE